Herbert Rotenberg, Respondent, v. Rochester Telephone Corporation, Appellant.— Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order denying a motion to dismiss a complaint and vacating a stay.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

■

Emido J. Vittori, Respondent, v. City of Rochester, Appellant.— Order of Monroe County Court reversed on the law, with $10 costs and disbursements, and judgment of Rochester City Court affirmed, on the ground that the record fails to disclose any error in the charge of the trial court prejudicial to the plaintiff. All concur. (Appeal from an order of Monroe County Court, reversing a judgment of Rochester City Court, for defendant for no cause of action, and granting a new trial in an action for property damage to plaintiff's automobile, alleged to have resulted by reason of its collision with a hook and ladder trailer owned by defendant.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ.

■

Dorothy M. Knight, Appellant, v. Village of Fairport, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. Memorandum: Although plaintiff was fully aware of the alleged dangerous condition of which she complains, the record is barren of any testimony that she was preoccupied, her attention distracted elsewhere, or of any excuse whatsoever for not having taken reasonable care to avoid the known danger. We agree with the trial court that plaintiff was contributorily negligent. Moreover, the record does not disclose any evidence to support a finding of negligence against the defendant village. (See *Dowd* v. *City of Buffalo,* 263 App. Div. 932, affd. 290 N. Y. 895.) All concur. (Appeal from a judgment dismissing the complaint in a negligence action. The order denied plaintiff's motion to set aside the previous order of dismissal.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See 284 App. Div. 836.]

■

George W. Knight, Appellant, v. Village of Fairport, Respondent.— Judgment and order affirmed, without costs of this appeal to either party. See memorandum filed in companion case of *Knight* v. *Village of Fairport (ante,* p. 997.) decided herewith. All concur. (Appeal from a judgment dismissing the complaint in a negligence action. The order denied plaintiff's motion to set aside the previous order of dismissal.) Present — McCurn, P. J., Vaughan, Piper, Wheeler and Van Duser, JJ. [See 284 App. Div. 836.]

■

Martha M. Engelfried, as Executrix of Alfred E. Engelfried, Deceased, Respondent, v. Murray's Delivery, Inc., et al., Appellants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 684.]

■

Dominick Spinella, Appellant, v. Atlantic Tug and Equipment Company, Inc., Respondent.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Piper, J., not voting. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante,* p. 259.]